ALFRED ROSE, ADMINISTRATOR AD PROSEQUENDUM OF LENA ROSE, PLAINTIFF, v. HARRY H. SQUIRE AND SAMUEL J. CAMPBELL, DEFENDANTS.

ANNA ROSE, PLAINTIFF, v. SAMUEL J. CAMPBELL AND HARRY H. SQUIRE, DEFENDANTS.

Submitted June 5, 1924—Decided October 7, 1924—Filed October 24, 1924.

**Appeals—Failure of Appellant to File Briefs—Case Dismissed Under Rule.**

On appeal.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and KATZENBACH.

For the plaintiffs, *Benjamin M. Weinberg*

For the defendants, *Mark Townsend, Jr.*

PER CURIAM.

This case was submitted on briefs. The plaintiff's brief has been submitted, as also the brief for the co-defendant Squire, as to whom a nonsuit was entered, and who is interested in the case to that extent. No brief, however, has been filed for the defendant Campbell, against whom the verdict and judgment were rendered, and under paragraph F-3 of rule 155 of this court, the appeal should be treated as abandoned.

The appeal will, accordingly, be dismissed.